UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMS DRYWALL & INTERIOR SYSTEMS, INC., et al.,

Plaintiffs,

v.

PATRIOT CONSTRUCTION, et al.,

Defendants.

Case No.  23-cv-04743-WHO

**ORDER GRANTING CONDITIONAL DISMISSAL**

The parties have advised that they have executed a settlement agreement with payment to follow.  Accordingly, this case is DISMISSED WITH PREJUDICE and any dates and hearings are VACATED; provided that, if any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that payment has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: April 14, 2026



William H. Orrick
United States District Judge